# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



SEA-LAND SERVICE, INC.

    VS.

MERSUR MARKETING GROUP, INC.

CIVIL NO. 98-2043 (JAF)

## DESCRIPTION OF MOTION

DATE FILED: 10/29/99   DOCKET #: 10   TITLE: MOTION by Sea-Land Service for Carlos C. Santiago to Withdraw as Attorney

[X] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Granted*

5/23/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE